Lawrence Hull, as Trustee in Bankruptcy of Clarence E. Hopkins, Appellant, v. Fifty-second Street Storage House, Inc., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Accounting of John Oscar Ball, as Trustee under the Last Will and Testament of Mary Caulfield, Deceased. In the Matter of the Trust for John A. Caulfield, Respondent. In the Matter of the Trust for Thomas Joseph Caulfield, Respondent. In the Matter of the Trust for Annie M. Caulfield, Respondent. John Oscar Ball, Individually and as Trustee, etc., Appellant.— The decrees of the Surrogate's Court of Kings county are affirmed, with costs. We are constrained to hold that the stipulation, which shows that the appellant has recovered and returned to the estate the amount of the second mortgage investments, cannot be considered upon this appeal, because it appears that such recovery and restoration occurred after the accounting and after the decrees of the surrogate were entered. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Bell B. Gurnee and Lucy L. B. Mott, as Sole Acting Executrices, etc., of Azuba F. Barney, Deceased, Appellants. Lydia Crozer, as Administratrix de Bonis non of Julia Azuba Murfey Harper, Deceased, Respondent.—. Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application of Ellery O. Phillips, Appellant, as Receiver of the Estate of Liborio Marroni, Judgment Debtor, Respondent. — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Elizabeth H. Jackson, Respondent, v. Embury McLean, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. No opinion. Jenks, P. J., Thomas, Rich and Stapleton, JJ., concurred; Burr, J., dissented on the ground that there is no proof that defendant does not know plaintiff's residence. The affidavit is by his attorney.

Luigi Laudati, as Administrator, etc., of Tiberio Laudati, Deceased, Appellant, v. Peekskill Lighting and Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.